UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER HUTSELL (#707737)                    CIVIL ACTION

VERSUS

JEFF LANDRY, ET AL.                              NO. 24-00546-BAJ-EWD

## RULING AND ORDER

The Magistrate Judge issued a **Report And Recommendation (Doc. 6, the "Report")** recommending that the Court decline to exercise supplemental jurisdiction over any potential state law claims and dismiss the above-captioned matter with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e) and 1915A. (*Id.* at 6). There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 16th day of December, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**